JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONISHA LATOI SHANN, | Case No.: 2:25-cv-08720-JDE |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand (Dkt. 10, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 25, 2025

_____
JOHN D. EARLY
United States Magistrate Judge